**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

RICHARD HATCH,                                        CIVIL ACTION NO. 2:21-CV-409

                        Plaintiff,

        v.

LEAFGUARD HOLDINGS, INC.,

                        Defendant.

---

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

        Plaintiff, RICHARD HATCH, and Defendant, LEAFGUARD HOLDINGS, INC., stipulate to the dismissal of all the claims brought, or which could have been brought in the above-styled case, and all claims brought by RICHARD HATCH in this case are hereby dismissed *with prejudice*, each party to bear its own attorney's fees and costs.

| | |
|---|---|
| /s/ Michael J. Bruzzese<br>Pa. I.D. No. 63306<br>Michael J. Bruzzese<br>220 Koppers Building<br>436 Seventh Avenue<br>Pittsburgh, PA 15219<br>Phone: (412) 281-8676<br>*Attorney for Plaintiff* | /s/ Diane J. Zelmer<br>Diane J. Zelmer, Esq. (*pro hac vice*)<br>FL Bar No: 27251<br>BERENSON LLP<br>4495 Military Trail, Suite 203<br>Jupiter FL 33458<br>Phone: 561-429-4496<br>*Counsel for Defendant* |

**ORDER**

        AND NOW, this _____ day of _____ 2021, the foregoing Stipulation is approved as an Order of the Court.

                                        BY THE COURT:


                                        _____
                                        William S. Stickman IV
                                        United States District Court Judge