IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD HATCH, | CIVIL ACTION NO. 2:21-CV-409 |
| Plaintiff, | |
| v. | |
| LEAFGUARD HOLDINGS, INC., | |
| Defendant. | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, RICHARD HATCH, and Defendant, LEAFGUARD HOLDINGS, INC., stipulate to the dismissal of all the claims brought, or which could have been brought in the above-styled case, and all claims brought by RICHARD HATCH in this case are hereby dismissed *with prejudice*, each party to bear its own attorney's fees and costs.

| | |
|---|---|
| /s/ Michael J. Bruzzese<br>Pa. I.D. No. 63306<br>Michael J. Bruzzese<br>220 Koppers Building<br>436 Seventh Avenue<br>Pittsburgh, PA 15219<br>Phone: (412) 281-8676<br>*Attorney for Plaintiff* | /s/ Diane J. Zelmer<br>Diane J. Zelmer, Esq. (*pro hac vice*)<br>FL Bar No: 27251<br>BERENSON LLP<br>4495 Military Trail, Suite 203<br>Jupiter FL 33458<br>Phone: 561-429-4496<br>*Counsel for Defendant* |

## ORDER

AND NOW, this 22nd day of December 2021, the foregoing Stipulation is approved as an Order of the Court.

BY THE COURT:

/s/ William S. Stickman IV
William S. Stickman IV
United States District Court Judge